**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **ED CV 13-573-JFW (SPx)**                                  Date:  May 26, 2017

Title:     Sergio Casillas Ramirez -v- County of San Bernardino, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                                            None

**PROCEEDINGS (IN CHAMBERS):**     **SETTLEMENT CONFERENCE AND ORDER OF DISMISSAL**

   The parties have reached a settlement and placed the settlement on record.  The Court dismisses this action without prejudice subject to either party reopening the action on or before July 24, 2017.  The Court retains jurisdiction for the sole purpose of enforcing the settlement until July 24, 2017.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All other dates in this action, including the trial date are vacated.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr
0/05

(Rev. 1/16/15)